IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF THE EXTRADITION OF TOMMY MOLINA | 4:23MJ3071 ORDER |
|---|---|

Tommy Molina has moved for a 60-day stay of the certification and order of commitment so he can pursue habeas relief. (Filing No. 24). The government does not oppose the motion. Upon review, the court finds the motion should be granted.

Accordingly,

IT IS ORDERED:

1) Molina's motion, (Filing No. 24), is granted, in part.

2) The Certification for Extradition and Order of Commitment herein is stayed pending further order of the court.

3) On or before September 6, 2023, Molina shall file his petition seeking habeas relief under 28 U.S.C. §2241, along with the supporting brief and evidence. If he fails to fully and timely comply with this order, the stay herein will be promptly lifted.

4) The clerk shall set a September 6, 2023, internal case management deadline.

Dated this 16th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge